IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 NOV 19  A 10: 24

CLERK'S OFFICE
AT GREENBELT

_____ DEPUTY

**PLAINTIFF:**

ANDREW SCOTT WALLACE,
17770 MILL BRANCH PL.
BOWIE, MARYLAND, 20716      )
  V.                        )
                            )
**DEFENDANTS:**             )
                            )

**1. JEFFEREY THOMAS TROST, M.D.**
 22 West Penn Grant Road
 WILLOW STREET, PA., 17584,

**2. WILLIAM VOLLMAR, II., M.D.,**
 203 Commerce Drive, Suite G.
 Quarryville, PA., 17566

**3. STEPHEN G. DIAMANTONI, M.D.**
 2112 Harrisburg Pike, Suite 3
 Lancaster, PA.,    17602

**4. DIAMANTONI & ASSOCIATES,**
   Family Practice, P.C.,
 2112 Harrisburg Pike
 Lancaster, PA.,    17602

**5. JAMES M. ELIA, M.D.,**
 11 SOUTH STREET
 Ephrata Township, PA., 17522

**6. STEPHEN WILLIAM WILEY,**
1104 Hempfield Drive
Lancaster, PA. 17601

**7. WILEYS PHARMACIES**
 112 Townsedge Drive
 Quarryville, PA.,    17566

**8. ANNETTE WALLACE,**
 613 California Avenue
 Rose Haven, Maryland, 20714

**9., 10., JOHN OR JANE DOE(S)**

CASE No. DKC 13 CV 3473

JURY TRIAL DEMANDED
*Racketeering Influenced
-Corrupt Organizations
(R.I.C.O.)* , **18 U.S.C., 1962(c)**

(Cover)

## I. JURISDICTION

This Court has Statutory Jurisdiction by Title 18, U.S.C. 1962 [c]. (R.I.C.O) This Court has - Personal Jurisdiction, or Diversity by Title 28, U.S.C -1332, as at least one Defendant resides in and is a Citizen of the State of Maryland. Other Jurisdictional support is found in- "II.VENUE".

## II. VENUE

Some of the predicate acts charged against the named Defendants of the instant lawsuit "Pennsylvania Defendants" involved events that occurred across State lines from State of Pennsylvania over into State of Maryland. (SEE ITEMS-# 24- -26, infra.) and Footnotes-*6,*7. Plaintiff is a Citizen of Maryland. Venue of Maryland District is thus appropriate to this cause

## III. STANDING

The enterprise formed by the defendants of the instant Civil action are charged by the plaintiff for the purposes of R.I.C.O., with at least Two Predicate Criminal acts in furtherance of the alleged conspiracy, (inter alia) including violations of Pennsylvania Code **Title 18, - sections 3921, 3927.**-*Embezzlement*,**PA.,18 ,2709** -Harrasment, -**Title 18, United States Code, Section 3295, ARSON**, consecutively with State of Maryland Code Sections - **2-205** , - (Attempted Murder).

The attached EXHIBITS, A, and in particular,- Exhibit-"B", both documents here being Exhibits from officers of the Pennsylvania Courts and Maryland Courts, respectively, are here attached in support.

(i)

## IV. STATEMENT OF CASE

1. The named defendants did willfully and criminally conspire and confederate to form a criminal enterprise, and continued in furtherance of a Racketeering Influenced Corrupt Organi--zation-(R.I.C.O.) to cause the financial ruin of the Plaintiff, Andrew Scott Wallace.

2. Starting in year 1999, Plaintiff, his two sons and his then wife and business partner, Annette Wallace, began regular Doctor visits to the Medical Offices of Defendant **DIAMANTONI AND -ASSOCIATES FAMILY PRACTICE, P.C.**, of Lancaster, Pennsylvania, and included Dr.(s) Gerstein and here named Defendants,-**Stephen G. Diamantoni,M.D., James Elia, William Vollmar II., -.M.D. and JEFFREY THOMAS TROST,M.D.**

[*1.]

3. Plaintiff's Company, AMISH BUILDERS, a profitable company with locations in Three States, was solely owned and operated by the Plaintiff and his Wife, Annette. Their profit was their pay, which company generated some $500,000.00 (Five Hundred Thousand) in annual profits.

4. At some point in the continuing Doctor visits to Diamantoni and Associates Medical Offices, Defendant Dr. Jeffrey Thomas **Trost**, initiated and induced the Plaintiff's Wife and business partner, Annette Wallace, into an illicit Sexual Relationship with himself, where such affair was continued outside and within the Medical Offices.

[*2.]

5. Defendant Dr. **Trost** plied his female patient/victims, including the Plaintiff's wife, Annette- [*3] Wallace, with <u>unlawfully prescribed prescription drugs</u> in aid of his seduction methods. In- addition defendant Dr. Trost also allowed the Plaintiff's Wife the use of Alcohol along with the illegally prescribed prescription drugs and narcotics, both outside and within the ostensibly respectable facade of the Medical offices of Diamantoni and Associates.

(1.)

**Footnote *1**: Plaintiff's then accountant, Luke Beiller, estimated Amish Builders worth at approx. $6,000,000 -Six-Million Dollars.
**Footnote *2**: There were other female patient-victims of Defendant Dr. Trost, for which Plaintiff expects to call as witnesses.
**Footnote *3**: Plaintiff retains document evidence to support this fact, although Defendants have caused the unlawful - destruction of Plaintiff's Wife, Annette Wallace' Prescription History at Defendant Stephen W. Willey's- **Willeys Pharmacy.**

## IV. STATEMENT OF CASE, Con'd

6. In early 2003, Plaintiff actually became aware of the fact of a sexual relationship between Defendant Dr. Trost and the plaintiff's wife, Defendant Annette Wallace, had been ongoing since 2002. Plaintiff then soon confronted Dr. **Trost** in February, 2003, in the medical offices of Diamantoni and Associates and demanded that the sexual affair between him and plaintiff's wife and [business-partner] cease and desist.

7. During the confrontation in item #6, supra, Defendant Trost at first denied any such sexual-relationship existed, then admitted same-and assured the Plaintiff that he would end the affair. However, Doctor Trost did Not honor the verbal agreement, but continued sexual-relations with plaintiff's wife, Annette Wallace, in continued violation of his Medical Oath and American Medical Association-(**AMA**) directives prohibiting sexual relations with patients

8. On or about 4/172003, Plaintiff was examined for a physical at **Diamantoni & Associates** Medical offices by Defendant **Dr. James Elia**, and confided to Dr.**Elia** that Diamantoni Associate Dr. **Trost** was having Sex with his Wife, Annette Wallace. At first Dr.**Elia** said he did Not believe the truth of it. However, a few days later on April 21, 2003, Dr. **Elia** called Plaintiff and informed him that yes, in fact he was aware of his colleague, Dr Jeffrey Thomas **Trost's**. Sexual escapades and in fact, **Dr. Trost** had had sexual relationships with other female patients in the past.

In this way, Dr. **Elia** did, while acknowledging in a medical report of **Diamantoni & Associates** the extreme stress the Plaintiff was under at that time, neglect his *Duty by Medical Oath and (AMA) directives* to report and/or confront the bad-Behavior of Dr. Jeffrey Thomas **Trost,** thus did otherwise Conspire to protect Defendants Dr. **Trost and Diamantoni & Associates.**

(2.)

9.. On <u>December 22, 2003</u>, Plaintiff personally confronted Defendant Dr. **William Vollmar,II** at Medical Offices of Diamantoni & Associates, Lancaster, Pennsylvania, and informed Vollmar that Dr. Jeffrey Thomas Trost was having an continued sexual relationship with their patient,- plaintiff's wife -**Annette Wallace**, and requested his intervention and assistance in stopping the sexual relationship between his colleague, Dr. **Trost** and the plaintiff's wife.

10.. (Incorporating Item #8 9,, supra, as if fully re-written), Instead of offering assistance, as was Dr.(s)-**Elia and Vollmar's** *Duty* owed to their patient- Plaintiff Andrew Scott Wallace and his wife, Annette Wallace, (as much to their two children) Dr. **Elia** did by ommission and ne--glect, fail to assist the Plaintiff, while Dr. **Vollmar** defended Dr. Trost's misconduct by denying Dr.Trost's Bad (Sexual)-behavior ever occurred. Then called the Plaintiff-"crazy" while he telephoned Security for Diamantoni and Associates and had the Plaintiff/patient removed from the Medical Offices.   Defendant Dr. **Vollmar** then called the Plaintiff's wife, Annette Wallace and told her that plaintiff -"Was Not welcome" at Diamantoni and Associates as patient or otherwise anymore, but that <u>she</u> was still welcome to be a patient.

11. (Incorporating items No # <u>8,9,10</u>, as if fully re-written): In this way.in violation of Defendant Dr.- WIlliam **Vollmar** II.,'s Medical Oath and American- Medical Association Directives prohibiting sexual relations among Doctors and Patients, Dr. Vollmar did knowingly and willfully fail in a duty to the plaintiff, thus did facilitate, assist, cause and allow the Sexual Misconduct and related criminal acts of unlawful prescribing of controlled substances of his colleague and business associate, Defendant Dr. Jeffrey Thomas **Trost** to continue with the-

(3.)

--Plaintiff's wife, **Annette Wallace**, in violation of State and Federal Law (inter alia) of Sections of Titles 18, and 21., United States Code.

12. Doctor **William Vollmar II,** also admitted on Page 35 of his legal deposition he would later be subpoenaed to give in Divorce proceedings of the Plaintiff," - Annette Renee Wallace V.- Andrew Wallace", [*4] that "precriptions may have been filed under his name" for the plaintiff's wife **Annette Wallace** -although he was Not her physician and had not been treating her".

13. (Incorporating items No(s). 8,9,10,11&12, supra, as if fully re-written), Defendant **Vollmar** - thus did act to conspire with Defendant Dr. Jeffrey Thomas Trost to form an enterprise with Dr. **Elia and Dr. Trost** to the greater harm of the Plaintiff and his business, Amish Builders, protect the defendant **Diamantoni & Associates,** where Diamantoni and Associates offered- the safe haven and facilitation for the conspiracy of Dr. **Trost** and **Vollmar** to continue against the Plaintiff and Dr.(s) **Elia**, then **Vollmar** did act to cover up and conceal the misconduct of Defendant Dr. **Trost**, where such misconduct ultimately was the proximate cause of the financial ruin of the Plaintiff, and together they conspired to defend, cover up and conceal- unlawful acts in furtherance of a (R.I.C.O) Conspiracy.

14. Approx. Two-years afterwards of the confrontation between Plaintiff and defendant Dr.- **Trost** in 2003, (Item # 6,supra) and the Plaintiff learned from plaintiff's neighbor and witness who informed him in May, 2004, that in fact, Not only did Dr. Trost fail to end the sexual re--lationship with Plaintiff's wife and business partner, Annette Wallace, as he promised in Item - #7 , supra, but when as the Plaintiff was away working, Defendant Dr. Jeffrey Thomas **Trost**--

(4.)

**Footnote #4**: Annette Renee Wallace vs. Andrew Scott Wallace, No. 04-C-05-000614 DL, Calvert County, MD., January 24, 2006.

-- was attending extra-curriculum visits to the plaintiff's wife and business partner, Annette Wallace, at the Plaintiff's <u>Home</u>, in (PA), that home being also the main office of <u>Amish Builders.</u>

15. (Incorporating Item # 14, <u>supra</u>), On at least one occasion of Defendant Dr. Jeffery Thomas **Trost**'s visit to plaintiff's Home and Business Office of Amish builders, the visit of <u>their Doctor</u>, **Jeffrey Thomas Trost, M.D.,** was witnessed by Plaintiff's son Michael Wallace and Christopher-Wallace, who were locked in their room **by Dr. Trost,** according to the personal recollection and statement of witness/son of Plaintiff, Michael, he was necessitated to "pee in Cup", as he wasn't allowed to leave the room for "the time of watching a movie" while Dr.-Trost was there visiting their Mother, "Mother being Annette Wallace, wife and business partner of the Plaintiff.

### ANNETTE WALLACE

16. During the continued SEXUAL relationship and ADULTERY between Defendant **Dr. Trost** and plaintiff's wife **Annette Wallace**, who was plaintiff's business partner in family owned business, **Amish Builders**, now named Defendant **Annette Wallace** did, while operating the business fail to properly account for income and expenses of the business resulting in the economic failure of the business and by failure to file necessary and required personal property returns, sales tax returns and income tax returns for the business, thus by <u>Embezzlement</u> caused a debt of some <u>$650,000</u>, (Six Hundred Fifty- Thousand Dollars), while Defendant **Dr. Trost** plied Annette Wallace with alcohol and both **Trost and Dr. Vollmar II,-** unlawfully prescribed plaintiff's wife and business partner Annette Wallace with prescriptions for dangerous drugs and narcotics in mixture of the alcohol during his continued seduction and sexual rendezvous with her. Then both **Trost and Annette Wallace** *Conspired* and received a portion of the proceeds of the *Embezzled Funds* - from-**Amish Builders** for- Vacations, Football Games, Hotels and Casinos.

(5.)

17.. (Incorporating items #7,8,9,10,11,13,14-15 &16, supra, as if fully re-written) ,Defendants - Dr.(s)-**Elia, Vollmar, Trost** and **Diamantoni & Associates** continued a criminal enterprise in cons--piracy to cause the financial ruin of the plaintiff and his profitable company, Amish Builders.

18. Plaintiff , after confronting Doctors,Trost and **Elia and Vollmar** with the Sexual indiscretions of **Trost**, without avail of assistance of the ceasing of the continued seduction, drugging and sexual- relations of his wife, Annette Wallace, plaintiff (again) personally went to the medical offices of-Diamantoni and Associates and then confronted Defendant **Stephen G. Diamantoni**, M.D., and requested his assistance and intervention with the continuing Sexual-Indiscretions of- his colleague Dr. **Trost** with plaintiff's then wife, **Annette Wallace** and also informed **Dr.- Diamntoni** that the Adulterous sexual relationship was destroying plaintiff's business.
Instead of offering assistance in the matter, as was his *Duty* , Defendant **Dr. Diamantoni** told- plaintiff that "It was none of his Business" , threatened to "sue" the plaintiff and further de- --manded that plaintiff leave the offices, for which plaintiff complied.

19. (Incorporating as if fully re-written, items 1-18, supra), in this way, defendant **Dr. Stephen G.- - Diamantoni,M.D.,** by failure of his duty, did violate his Medical Oath and American Medical-- Association-(AMA)-directives requiring him to report or intervene in prohibiting the sex of Doctors with patients . Specifically, the adultery and sexual indiscretions and unlawful prescribing of controlled substances by Dr. Jeffrey Thomas **Trost** with the plaintiff's wife and business part--ner **Annette Wallace**. Dr. Diamantoni then and there joined the conspiracy with the enterprise formed by **Dr.Elia, Dr.Vollmar II, Dr. Trost and Diamantoni & Associates**, to cover up, conceal- and otherwise hide the criminal and unethical sexual acts of Dr.- **Trost** with patient **Annette--**

(6.)

-- **Wallace** and retaliate against plaintiff, Andrew Scott Wallace which did cause the economic-

failure and loss of plaintiff's- profitable business, **Amish Builders**. All in a racketeering influen-

-ced corrupt organization conspiracy scheme to "damage control" the bad behavior of **Dr. Trost.**

20.                 **STEPHEN W. WILEY,- WILEY'S PHARMACIES**

After Divorce proceedings were filed in 2005 between Plaintiff Andrew Scott Wallace and his

wife and business partner in Amish Builders, both here named Defendant Doctors Dr.(s) **Trost-**

**and Vollmar II,M.D.,**s were subpoenaed January 24,2006 to depositions in that case. In the

Circuit Court for Calvert County, Maryland, in case No. 04-C-05-000614 DL, "Annette Renee-

Wallace vs. Andrew Scott Wallace. (Re-asserting <u>item #12</u>, supra, as if fully re-written), Doctor

**Vollmar** there admitted on record that *His Name "may have" appeared on certain prescriptions,*

-(written to **Annette Wallace**)-*although he was not her physician"*. Defendant Dr. **Trost** admitted

in his personal deposition same day of January 24, 2006**,** that he prescribed "aprozalam" , (which-

is a controlled substance otherwise known as "Xanax") to the plaintiff's then wife, Annette-

Wallace . Defendant **Dr. Trost** further testified that he permitted Annette Wallace to bring-

- Alcoholic Beverages into the Medical offices of **Diamantoni & Associates,** and that they both

consumed Alcohol during their **sexual** rendezvous, on "several occasions" .

21. Immediately after the Divorce proceeding deposition, plaintiff went to **Wiley's Pharmacy**

in Quarryville, Pennsylvania, with his attorney, **Annette Decesaris** ,to demand Annette Wallace's

prescription history there at **Wileys**. The request was made for the purpose of proving that-

both Defendants Dr.(s) **Trost** and **William Vollmar II** did prescribe Annette Wallace dangerous

drugs at time when the defendant **Trost** claimed Annnette Wallace was no longer a patient and—

(7.)

-- that Dr. **Trost** otherwise wrote plaintiff's wife and business partner a number of dangerous- narcotics over a period of years while **sexually** seducing her. Thus defendants **Trost** and **Vollmar** engaged in criminal activity together by such acts that physically and mentally compromised and incapacitated the plaintiff's business partner, **Annette Wallace,** in violation of sections of **Title 18 & 21, United-States Code**, in furtherance of a racketeering Conspiracy, being the proximate cause of the economic failure of plaintiff's profitable business, **Amish Builders.**

22. **Stephen William Wiley** was the pharmacist in charge on that day of January 24, 2006, and here named Defendant **Stephen W. Wiley** then admitted to plaintiff and his lawyer, Annette Decesaris, that in fact the pharmacy had No Records of any prescriptions prescribed or filled to- -Annette Wallace, as they had been-*"Destroyed".* [*5]

23. (Incorporating items # 12,16, 20-22 supra, as if fully re-written), Defendant **Stephen William- Wiley** did, (inter alia), Obstruct Justice to the plaintiff by willfully destroying or by intentionally- causing to be destroyed, the plaintiff's wife and business partner -**Annette Wallace's** medical prescription records at **Wiley's Pharmacies**, at the request of **Dr.- Jeffrey-Thomas Trost, and William Vollmar II, M.D** . and thus did assist the enterprise formed by the Defendants **Dr.(s)- James Elia**, Jeffrey Thomas **Trost,** William **Vollmar** II, **Stephen G. Diamantoni and Diamantoni &- Assoc.** and by criminal act(s) **William Wiley and Wiley's Pharmacy** did join the other defendants -in furtherance of a conspiracy to cover-up and "damage control" the unethical *Sexual-* relations of Dr. **Trost** and the criminal acts of the defendant Doctors **Trost and Vollmar II** prescribing of- dangerous drugs over a period of years to Annette **Wallace,** to the ultimate financial ruin of- the plaintiff's profitable company, **Amish Builders,** all in violation of Title 18 U.S.C. 1962(c).

(8.)

---

Footnote*5: Plaintiff intends to subpoena Blue Cross/Blue Shield Insurance records to prove the allegation.

24. On or before <u>December 23, 2006</u>, in a continuing criminal Enterprise in furtherance of a Racketeering Influenced Organization Conspiracy, **Dr. Jeffrey Thomas Trost,** a Lancaster, <u>Pennsylvania</u> citizen hired an *Arsonist* to set fire to the plaintiff's house located at 2060 Lowery Oaks lane, Huntingtown, <u>Maryland</u>, and the plaintiff's house at that location was burned to the ground and completely destroyed by the fire, on December 23, 2006.
[*6]

25. (Incorporating item No.s #<u>-24</u>, as if fully re-written), Defendant **Dr.. Jeffrey Thomas Trost** and coconspirators resorted to a crime of State and *Federal* **Arson** and **Attempted Murder** in-retaliation for plaintiff's personally informing of **Dr. Trost's** wife of Trost's *Sexual* Relationship -between Defendant Dr. **Trost** and plaintiff's wife and business partner, **Annette Wallace**, and plaintiff's informing Dr. **Trost's wife** that he-(plaintiff) would file complaint with the Medical-Ethics Board to-request the revocation of Dr. **Trost's** Medical license.
[*7]

26. (Incorporating items <u>24,25</u> as if fully re-written), Plaintiff's (then former) wife and business partner, **Annette Wallace** called the plaintiff, **Andrew Scott Wallace**, on December 24, 2006 and informed him that **Dr.-Jeffrey Thomas Trost** had called her same day of <u>December 24, 2006,</u>-Christmas Eve, and that **Trost** had "wished her a Merry Christmas" and made threats against-Plaintiff. Specifically, plaintiff was told via telephone by **Annette Wallace** that here named Defendant, **Dr. Trost** said-:(Quote)–"...<u>"that it was Good thing that {Mr. Wallace] was Not Home-</u> <u>-at the time of the Fire"</u> and-<u>"that it was No Coincidence that a strange Black Man was found-</u> <u>-roaming around {Mr. Wallace's} neighborhood when the house burned down</u> "(End quote).
[*8]

(9.)

**Footnote 6:**- "2060 Lowery Oaks Lane, Huntingtown, MD. was the main office of <u>Amish Biluders</u>.
**Footnote 7:** "Federal crime of- Arson"-**18.USC-3295.** Hiring an Arsonist across State lines was a predicate criminal R.I.C.O. act committed Inter-state and affecting Interstate commerce
***Footnote \*8:*** Call from **Trost to Annette Wallace** as in item **# 26** from Pennsylvania to Maryland by Dr.**Trost**, "Implied Death-threats" constituted State and Federal predicate criminal acts under-R.I.C.O. as made in violation Federal telecommunications statutes sections of Title 18 U.S.C., as the burning itself was "attempted murder" in violation of MD. CODE-Sections **2-205.**

## IV. STATEMENT OF CASE, Con'd

27. Plaintiff did since year 2006, continue to file complaints against Dr. **Jeffrey Thomas Trost**, citing the unethical sexual seduction of plaintiff's wife and business partner, **Annette Wallace,** to the Pennsylvania State Board of Medicine, Medical Ethics- Board , Pennsylvania District Attorney's Office and the Governors Office, in 2006, 2008 and 2009, to no avail of assistance on those Administrative levels.

However, these administrative complaints by plaintiff did not stop the retaliation by the enterprise formed by Defendants **Dr. Trost , Annette Wallace  Dr. James Elia, Dr. William Vollmar,II, Stephen G. Diamantoni, Diamantoni & Associates, Family Practice, P.C., and** later joined by **Steven W. - Wiley** and **Wiley's Pharmacies** in conspiracy by Defendants to protect and damage control the unlawful acts and  unethical *Sexual* activities of **Dr. Trost** with his female-patients and patients of Diamantoni and Associates , as much as their efforts  to damage control the fact of **Dr. Trost's** and **Vollamr, II's** unlawful prescriptions writing  and **Annette Wallace's**-sharing of proceeds of **Annette Wallace'** Embezzlement[*8] of some $650,000 in funds from **Amish- - Builders, with Dr. Trost.**

28. (Incorporating items Nos 1-27 as if fully re-written) Plaintiff received letter from Defendants and coconspirators,- **Dimantoni and Associates** and **Dr. Trost'** Attorney David F. Wedge ,dated- October 12, 2007 , which promoted  an agenda of the enterprise, being  Intimidation of the plaintiff by  unlawful Telephone Harassment and using The United States Mails. (SEE ATTACHED, - -EXHIBIT-"A")                    (10.)

Footnote *8: "Embezzlement", Refer to Item # 16, supra.

29. (Incorporating Items No.s <u>24-28</u> as if fully re-written), Plaintiff's Atty. Annette DeCesaris was obliged to forward off a response letter to **Diamantonii & Assocaiate**s and **Dr. Trost's** lawyer- - <u>Wedge, dated October 24, 2007.</u> This plaintiff Attorney letter shows the concern of Attorney- Annette DeCesaris of the "threats made against my clients life" and where this letter included the Statement made by **Trost** during the <u>Phone Call</u> made by **Dr.Trost** to **Annette Wallace** concerning the fire that burned the plaintiff out of his home. **(Arson-and attempted Murder)**.

30. On or about May, <u>2008</u>, Plaintiff was frustrated with the inaction of State Government- agencies of his complaints of the unethical activities of **Dr. Trost**, et.al. as described <u>supra</u>., resolved to attempt to obtain some modicum of Justice in this matter, by designing a Website, <u>"MY- DOCTOR HAD SEX- WITH MY WIFE. COM.</u>, which exposed the facts of **Dr.Trost's** unethical **sexual** affair with my wife, **Annette Wallace.**

   In retaliation of plaintiff's Website, Defendant **Dr.Trost** vindictively made a false police report against the plaintiff claiming with Lancaster, Pennsylvania Police, that plaintiff had vandalized his automobile. Plaintiff was unduly harassed by Police. The police quickly determined that Dr.- **Trost's** accusation was unfounded. Soon afterwards of the failed filing of the false report event, plaintiff received threatening telephone calls at his home from an unknown male who again- threatened to "Burn the plaintiff's house down", then hung up.

31. In a pattern of criminal activity consistent with the enterprise' formation here named- Defendant **Dr. Trost** again vindictively called Lancaster, Pennsylvania police on <u>December 25,- 2009</u>, and again designed to falsely report that plaintiff **Andrew Scott Wallace** had "stolen his-

(11.)

--(Dr.**Trosts**) electric meter" from Dr. Trost's home.

Plaintiff was again unduly harassed by questioning from Lancaster, PA., Police following up on Dr. **Trost's** false accusations. In this event, plaintiff hired an attorney who produced a sworn statement from the plaintiff's employer at that time, that positively proved that plaintiff **Andrew Scott Wallace** was in fact working out of State on the exact date **Dr. Trost** had falsely claimed that the plaintiff had stolen his electric meter. Plaintiff was thus exonerated.

Again soon within a week after plaintiff was exonerated of the newest accusation, the plaintiff again received a threatening phone communication at his home causing the plaintiff to remain in fear of his life, where again an unknown male threatened **Arson** of the plaintiff's home, then quickly hung up.

32. (Incorporating items #26.-31, as if fully re-written), In this way, The defendants **Dr. Trost,et.al** committed the crime of Harassment, in violation of 18 PA.-CODE Section 2709,(4)(5)(6), while making a Terrorist Threat in violation of PA.- Cons.Stat.2706, while threatening **Arson and- Attempted- Murder.**

33. On November 2, 2012 , filed a legal complaint seeking damages against **Jeffrey Thomas Trost, William Vollmar,II,M.D., Stephen G. Diamntoni, M.D. and Diamntoni and Associates,** under a different theory of liability than the instant R.I.C.O. action, in the Calvert county, Maryland Court, that continued through that State then Federal Courts, that has been now lodged by the Defen--dants by their action, using as vehicle, a "Pracepie" in the Lancaster ,Pennsylvania Court of- Common pleas.

(12.)

## IV. STATEMENT OF CASE, Con'd

34. Citing Extraordinary events continuing in Conspiracy against him by the Defendants, Plaintiff- -originally requested to his former wife and business partner in **Amish** Builders- (Now named- - Defendant)-Annette **Wallace**, to file as Plaintiff with him against her former Doctor(s),and in particular- Defendant **Trost,(et.al)** even as Plaintiff asserts that overwhelming *Proofs-Positive* exist by document evidence of **Amish Builders** business records (inter alia) to prove the facts of- this complaint as to the allegation of (inter alia)- *Embezzlement* leveled against her (Wallace) and **Dr. Trost** et.al. here can be unequivocally proven true.

35. (Incorporating items 1-35 as if fully re-written), Plaintiff charges that Defendant **Annette- Wallace (Grey),** continues to be in close contact with co-conspirator, Defendant **(Jeffery Thomas Trost, M.D.)** by regular telephonic communications, to mitigate, cover up and otherwise continue in the same Conspiracy with others to damage control the revelation by plaintiff of the factual - events of the Economic collapse and Embezzlement of his company,**Amish Builders** , for which **Trost** received portion of proceeds of said embezzlement. Plaintiff will produce witness and- document evidence to show that this conspiracy continues against him, by threats of **Arson** which continue to be made by- Defendant **Trost** to his co-conspirator ,**Annette Wallace** , to also Burn- down *her* house, likewise as caused by **Trost**, et.al., to the plaintiff's house in year 2006, should- she decide to testify in plaintiff's favor.

(13.)

## V. CONCLUSION

In conclusion, the named and unnamed Defendants did , while having formed an enterprise to damage control of Dr. **Jeffery Thomas Trost's- *Sexual*** Affairs of his and **Diamantoni & Associates** female patients, including the plaintiff's former wife and business partner in Amish Builders, - Defendant **Annette Wallace,** who embezzled business funds from Amish Builders, a once profit--able company that worked in and affected Interstate commerce, for which Defendant **Trost** received portion as unlawful income , did participate in criminal acts in a organized pattern of criminal racketeering activity, all in violation of Title 18 U.S.C. 1962 (c).

## VI. RELIEF

AMISH BUILDERS, a profitable company economically depleted by the above described criminal acts of a racketeering influenced corrupt organization, was determined by the Company's accountant, Luke Beiler, in fiscal year Dec. <u>2004</u> -November 22, <u>2005</u>, to be worth an estimated **$6,049,028.92**

As R.I.C.O. Statute. Et.seq. Allows for treble damages, the plaintiff demands And the Defendants are hereby sued individually and collectively for in the Amount-

Of-**$18,147,088,76.**
**(Eighteen Million, One Hundred Forty Seven Thousand, Eighty eight--Dollars and Seventy Six cents).**

The above facts of this complaint are sworn true by the best of my personal knowledge, under penalty for perjury under the Constitution and laws of the United --States, Tilte 18, USC 1621, & 28 USC 1746.

This _19_ Day of _November_ , 2013,

By-/s/ *[signature]*
ANDREW SCOTT WALLACE, Plaintiff, Pro-Se.
(14.)