```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
                                    :
ANDREW SCOTT WALLACE
                                    :
     v.                             :  Civil Action No. DKC 13-3473
                                    :
JEFFREY THOMAS TROST, M.D.,
et al.                              :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 4th day of September, 2014, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by Defendants Stephen Wiley and Wiley Pharmacy of Quarryville, Inc. (ECF No. 9) BE, and the same hereby IS, GRANTED;

2. The motion to dismiss filed by Defendants Stephen G. Diamantoni, Diamantoni & Associates, & William Vollmar, II (ECF No. 14) BE, and the same hereby IS, GRANTED;

3. The motion to dismiss filed by Jeffrey Trost (ECF No. 21) BE, and the same hereby IS, GRANTED;

4. Plaintiff's motion to strike the reply brief filed by Defendants Stephen G. Diamantoni, Diamantoni & Associates, & William Vollmar, II (ECF No. 32) BE, and the same hereby IS, DENIED;

5. Plaintiff's motion for a more definite statement from Defendants Blank, Beiler, and Annette Wallace (ECF No. 35) BE, and the same hereby IS, DENIED as moot;

6. Plaintiff's motion for summary judgment as to Defendants Sam Blank, Luke Beiler, Annette Wallace, and Jeffrey Trost (ECF Nos. 39 & 41) BE, and the same hereby IS, DENIED as moot;

7. The motion to show status (ECF No. 38) filed by Plaintiff BE, and the same hereby IS, DENIED as moot;

8. The amended complaint (ECF No. 3) BE, and the same hereby IS, DISMISSED; and

9. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for Defendants and directly to *pro se* Plaintiff Andrew Scott Wallace and *pro se* Defendants Annette Wallace, Sam Blank, and Luke Beiler and CLOSE this case.

                                  /s/
                          _____
                          DEBORAH K. CHASANOW
                          United States District Judge